JOHN C. MILLER, Respondent, v. SENECA RIVER POWER COMPANY et al., Appellants.

*Miller* v. *Seneca River Power Co.*, 132 App. Div. 948, affirmed.
(Argued November 28, 1910; decided December 13, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered June 1, 1909, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court and an order denying a motion for a new trial in an action to recover on contract.

*Charles E. Cooney* for appellants.

*John W. Hogan* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WILLARD BARTLETT, HISCOCK and COLLIN, JJ.

---

VACIL D. BOZOVSKY, Respondent, v. BUFFALO AND LAKE ERIE TRACTION COMPANY, Appellant.

*Bozovsky* v. *Buffalo & Lake Erie Traction Co.*, 132 App. Div. 944, affirmed.
(Argued November 29, 1910; decided December 13, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 10, 1909, affirming a judgment in favor of plaintiff entered upon the report of a referee in an action to recover for the death of a horse alleged to have been occasioned by the defendant's negligence.

*Edward H. Letchworth* for appellant.

*Elton D. Warner* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WILLARD BARTLETT and COLLIN, JJ. Not voting: HISCOCK, J.